UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                              Case No.

APPROXIMATELY $27,932.00 IN UNITED
STATES CURRENCY,

       Defendant.

---

**VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM**

---

The United States of America, by its attorneys, Matthew D. Krueger, United States

Attorney for the Eastern District of Wisconsin, and Lisa T. Warwick, Assistant United States

Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the

Federal Rules of Civil Procedure:

**Nature of the Action**

1.     This is a civil action to forfeit property to the United States of America, under

21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

**The Defendant In Rem**

2.     The defendant property, approximately $27,932.00 in United States currency, was

seized on or about August 24, 2020, from Timarco Bridges at or near 2447 N. 20th Street,

Milwaukee, Wisconsin.

3.     The defendant property is presently in the custody of the United States Marshal

Service in Milwaukee, Wisconsin.

## Jurisdiction and Venue

4.      This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5.      This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6.      Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

7.      The defendant property, approximately $27,932.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

## Facts

8.      Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

9.      Cocaine is a Schedule II controlled substance under 21 U.S.C. § 812.

10.     Fentanyl is a Schedule II controlled substance  under 21 U.S.C. § 812.

### August 24, 2020 traffic stop and arrest of Timarco Bridges

11.     On August 24, 2020, at approximately 10:18 p.m., Milwaukee Police Department officers were on routine patrol near North 21st Street and West Wright Street in Milwaukee.

12.     A Mercedes-Benz SUV, driven by Timarco Bridges, failed to make a complete stop at a stop sign located near North 21st Street and West Wright Street in Milwaukee.

2

13.     The same Mercedes-Benz then failed to make a complete stop at a stop sign located near North 21st Street and West Clarke Street in Milwaukee.

14.     The same Mercedes-Benz then failed to make a complete stop at a stop sign located near North 20th Street and West Clarke Street in Milwaukee.

15.     Officers conducted a traffic stop on the Mercedes-Benz near 2447 North 20th Street in Milwaukee.

16.     The only two occupants in the Mercedes-Benz were the driver, Timarco Bridges, and the front passenger, an individual having the initials D.F.

17.     A strong odor of burnt marijuana was emanating from within the Mercedes-Benz.

18.     Timarco Bridges told officers that he had been smoking marijuana "earlier."

19.     Officers asked Timarco Bridges to exit the Mercedes-Benz, and Bridges complied.

20.     A strong odor of burnt marijuana was emanating from Bridges' person.

21.     Inside Bridges' jeans pocket was a total of approximately $1,279.00 in United States currency.

       A.     Denominations of the approximately $1,279.00 were 42 $20 bills, 29 $10 bills, 29 $5 bills, and 4 $1 bills.

       B.     The approximately $1,279.00 was not seized for forfeiture and is not included in the defendant approximately $27,932.00.

22.     Inside the Mercedes-Benz SUV were the following:

       A.     On top of the center console was a digital scale with suspected cocaine residue.

       B.     Inside the closed center console was a total of approximately $27,932.00 in United States currency.

              i.     The approximately $27,932.00 was in numerous rubber-banded stacks.

3

ii.   Denominations of the approximately $27,932.00 were 34 $100 bills; 28 $50 bills; 1,009 $20 bills; 195 $10s bills; 200 $5 bills and 2 $1 bills.

23.   On August 24, 2020, Timarco Bridges was on probation/parole through the Wisconsin Department of Corrections.

24.   The Wisconsin Department of Corrections placed an order to detain on Timarco Bridges.

25.   On August 24, 2020, officers arrested Timarco Bridges.

26.   Before placing Timarco Bridges into the backseat of the squad car, officers searched Bridges' outer clothing and found only the approximately $1,279 mentioned above.

27.   While en route to the detention facility, Timarco Bridges was constantly moving and changing positions in the backseat of the squad car.

     A.   Prisoners who have contraband concealed in their undergarments will often attempt to discard the contraband prior to being subjected to a more extensive search at a booking facility.

     B.   Bridges' behavior and movements in the backseat of the squad car were consistent with attempting to relocate and/or discard contraband.

     C.   On August 24, 2020, at the beginning of the officer's shift, the officer who transported Timarco Bridges to the detention facility had performed a check of the backseat passenger compartment of the squad car to ensure there were no items and/or contraband left behind from the previous shift. The backseat passenger compartment of the squad car was empty. Nothing was found during the search.

28.   Upon arrival to the detention facility, Timarco Bridges exited the backseat of the squad car.

     A.   When Bridges exited the squad car, Bridges had an off-white chalky residue on his pants that was not present when Bridges was initially placed into the backseat of the squad car.

     B.   There was a bag containing approximately 51.07 grams of crack cocaine on the backseat floorboard of the squad car, pushed halfway under the

4

metal barrier to the front passenger seat, which was not present when Bridges was initially placed into the backseat of the squad car.

C.     There were loose crack cocaine rocks scattered on the backseat floorboard all around the bag of crack cocaine, which were not present when Bridges was initially placed into the backseat of the squad car.

D.     The approximately 51.07 grams of crack cocaine also tested positive for fentanyl.

## Timarco Bridges' State Drug Charges

29.     Timarco Bridges was charged in Milwaukee County Circuit Court, Case No. 20CF4521, with possession of cocaine with intent to deliver for the August 24, 2020 incident.

## Administrative Forfeiture Proceedings

30.     The Drug Enforcement Administration ("DEA") began administrative forfeiture proceedings against the approximately $27,932.00 in United States currency on the ground that the seized currency was used or intended to be used in exchange for controlled substances or was proceeds of trafficking in controlled substances.

31.     On or about November 9, 2020, Lakeya Hamilton filed a claim with the DEA in the administrative forfeiture proceeding to the defendant approximately $27,932.00 in United States currency.

## Warrant for Arrest In Rem

32.     Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

## Claims for Relief

33.     The plaintiff alleges and incorporates by reference the paragraphs above.

5

34.     By the foregoing and other acts, the defendant property, approximately

$27,932.00 in United States currency, was used or intended to be used in exchange for controlled

substances, represents proceeds of trafficking in controlled substances, or was used or intended

to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

35.     The defendant approximately $27,932.00 in United States currency is therefore

subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the

defendant property, approximately $27,932.00 in United States currency, be issued; that due

notice be given to all interested parties to appear and show cause why the forfeiture should not

be decreed; that judgment declare the defendant property to be condemned and forfeited to the

United States of America for disposition according to law; and that the United States of America

be granted such other and further relief as this Court may deem just and equitable, together with

the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2021.

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney

By:     /s/ Lisa T. Warwick
        LISA T. WARWICK
        Assistant United States Attorney
        Wisconsin Bar No. 1017754
        Attorney for Plaintiff
        Office of the United States Attorney
        Federal Building, Room 530
        517 East Wisconsin Avenue
        Milwaukee, WI  53202
        Telephone: (414) 297-1700
        Fax: (414) 297-4394
        lisa.warwick@usdoj.gov

## Verification

I, Evelyn Lazo, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Drug Enforcement Administration ("DEA") in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 28 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.


Date: 01-27-2021          s/TFO EVELYN LAZO
                          Evelyn Lazo
                          Task Force Officer
                          Drug Enforcement Administration

7

JS 44  (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box:  ☐ Green Bay Division  ☒ Milwaukee Division

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | APPROXIMATELY $27,932.00 IN UNITED STATES CURRENCY |

| **(b)** County of Residence of First Listed Plaintiff _____ *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant __Milwaukee__ *(IN U.S. PLAINTIFF CASES ONLY)* NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
|---|---|
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Lisa T. Warwick, AUSA US Attorney's Office, #530 Federal Building 517 E. Wisconsin Avenue, Milwaukee, WI 53202  (414-297-1700) | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question *(U.S. Government Not a Party)*

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☒ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district *(specify)*  ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 01/27/2021 | s/LISA T. WARWICK |

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Case 2:21-cv-00117  Filed 01/27/21  Page 1 of 1  Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                       Case No.

APPROXIMATELY $27,932.00 IN UNITED
STATES CURRENCY,

        Defendant.

## WARRANT FOR ARREST IN REM

To:    THE UNITED STATES MARSHAL
        Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 27th day of

January, 2021, by the United States Attorney for the Eastern District of Wisconsin, which seeks

the forfeiture of the above-named defendant property pursuant to Title 21, United States Code,

Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice

to all interested parties to appear before the court and show cause why the forfeiture should not

be decreed; and due proceedings being had, that the defendant property be condemned and

forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant

property, approximately $27,932.00 in United States currency, which was seized on or about

August 24, 2020, from Timarco Bridges at or near 2447 N. 20th Street, Milwaukee, Wisconsin,

and which is presently in the custody of the United States Marshal Service in Milwaukee,

Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this

Court.

Dated this _____ day of _____, 2021, at Milwaukee, Wisconsin.

GINA COLLETTI
Clerk of Court

By: _____

_____
Deputy Clerk

**<u>Return</u>**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

2